**UNITED STATES DISTRICT COURT**
**FOR THE Southern District of Ohio**

| | | |
|---|---|---|
| Total Quality Logistics, LLC | : | Case No. 1:24-cv-00742-SJD |
| | : | |
| Plaintiff(s), | : | Judge Susan J. Dlott |
| v. | : | |
| | : | |
| Thomas C Neal, et al. | : | |
| | : | |
| Defendant(s). | : | |

## NOTICE OF DEFICIENCY

The above-referenced civil action has been received and filed in this Court without the required Supplemental Civil Cover Sheet.

Please correct this deficiency **within 30 days** by filing the attached Civil Cover Sheet.

If you have questions, please contact the Clerk's Office.

Office of the Clerk
Potter Stewart U.S. Courthouse
100 East Fifth St., Rm. 103
Cincinnati, Ohio 45202

Clerks_Office@ohsd.uscourts.gov

December 30, 2024

**Richard W. Nagel**
**Clerk of Court**

s/ Kelly M Heuer
Deputy Clerk