# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

**TOTAL QUALITY LOGISTICS, LLC,**

    Plaintiff,

Case No.: **1:24-cv-000742**

  -vs-

**THOMAS C. "CARTER" NEAL,** *et al.*

    Defendant,

District Judge **Susan J. Dlott**
Magistrate Judge

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, **Jeffrey M. Nye**, trial
(Name of Trial Attorney)

attorney for **Defendants**, in the above-referenced action, hereby moves the court to
(Name of Party)

admit **Allan R. Holmes**, *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for **Defendants**.
(Name of Party)

Movant represents that **Allan R. Holmes** is a member in good standing
(Name of PHV Attorney)

of the highest court of **South Carolina** as attested by the accompanying certificate from that
(Name of State)

court and that **Allan R. Holmes** is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court.  This Motion is accompanied by the required filing fee

**Allan R. Holmes**'s relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone  **843-722-0033**     Business fax  **843-722-0114**

Business address  **171 Church Street, Suite 110**

**Charleston, South Carolina 29401**

Business e-mail address  **aholmes@gibbs-holmes.com**

**Jeffrey M. Nye**
(Signature of Trial Attorney)
**7373 Beechmont Avenue**
(Address)
**Cincinnati, OH 45230**
(City, State, Zip Code)
**513-533-6714**
(Telephone Number)

Trial Attorney for  **Defendants**
(Name of Party)

**(Please attach required Certificate of Service)**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing MOTION FOR *PRO HAC VICE* (ALLAN R. HOLMES) was served on all counsel of record via CM/ECF on January 9, 2025.

/s/ Jeffrey M. Nye

Jeffrey M. Nye (0082247)

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Allan R. Holmes Sr. (Allan Holmes) was duly sworn and admitted as an attorney in this state on November 01, 1973 and is currently a regular member of the South Carolina Bar in good standing.

*Patricia A. Howard*
CLERK

Columbia, South Carolina

December 30, 2024

This certificate of good standing was automatically generated using the South Carolina Attorney Information System. The current status of any person holding a license or certificate to practice law in South Carolina may be obtained using the search function at https://www.sccourts.org/attorneys/dspSearchAttorneys.cfm. For questions and concerns, please contact the Office of Bar Admissions at 803-734-1317.