UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TOTAL QUALITY LOGISTICS, LLC, | : | Case No. 1:24-cv-00742-SJD |
| Plaintiff, | : | Judge Susan J. Dlott |
| v. | : | |
| | : | **PLAINTIFF TOTAL QUALITY** |
| THOMAS C. "CARTER" NEAL, *et al.* | : | **LOGISTICS, LLC'S NOTICE OF** |
| | : | **FILING THE UNPUBLISHED CASES** |
| Defendants. | : | **ATTENDANT TO ITS MOTION TO** |
| | | **REMAND [DOC 9]** |

Plaintiff Total Quality Logistics, LLC, gives notice of filing the following unpublished cases cited in its Motion to Remand [Doc 9]:

1. *Total Quality Logistics, LLC v. Choephel*, No. 1:23-cv-536, 2024 U.S. Dist. LEXIS 51727 (S.D. Ohio Mar. 22, 2024).

2. *Total Quality Logistics, LLC v. Johnson,* No. 1:21-cv-467, 2021 U.S. Dist. LEXIS 147519 (S.D. Ohio Aug. 6, 2021).

3. *Total Quality Logistics, LLC v. Reed Transport Services, Inc.*, 1:19-cv-182, 2019 U.S. Dist. LEXIS 213291 (S.D. Ohio Dec. 11, 2019).

4. *Total Quality Logistics, LLC v. Franklin*, No. 1:19-cv-266, 2020 U.S. Dist. LEXIS 155757 (S.D. Ohio Aug. 27, 2020).

5. *Total Quality Logistics, LLC v. AD Maxx, Inc.*, No. 1:16-cv-00595, 2016 U.S. Dist. LEXIS 143303 (S.D. Ohio Oct. 17, 2016).

6. *Heyman v. Lincoln Nat'l Life Ins. Co.*, 781 F. App'x 463 (6th Cir. 2019).

7. *Total Quality Logistics, LLC v. Grigoryan*, No. 1:18-cv-363, 2019 U.S. Dist. LEXIS 197760 (S.D. Ohio Mar. 22, 2019)

8. *Richmond v. Populous Group, LLC*, No. 4:05 CV 01900, 2005 U.S. Dist. LEXIS 20934 (N.D. Ohio Sept. 23, 2005).

9. *Wilder v. Yammine*, No. 1:21-cv-00731, 2023 U.S. Dist. LEXIS 176465 (S.D. Ohio Sept. 30, 2023).

10. *Total Quality Logistics, LLC v. Covar Transp.*, No. 1:17-cv-797, 2017 U.S. Dist. LEXIS 210961, (S.D. Ohio Dec. 22, 2017).

11. *Total Quality Logistics, LLC v. Summit Logistics Grp., LLC*, 606 F. Supp. 3d 743, 748 (S.D. Ohio 2022).

        Respectfully submitted,

        */s/ Scott K. Jones*_____
        Scott K. Jones (0069859)
        Trial Attorney
        David A. Back (0066564)
        SKJ LAW
        3825 Edwards Road; STE 103
        Cincinnati, OH 45209
        513-410-2074 (T)
        513-536-6393 (F)
        sjones@skj-law.com
        dback@skj-law.com

        *Counsel for Plaintiff Total Quality Logistics, LLC*