IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Total Quality Logistics, LLC, : | |
| : | |
| Plaintiff, : | |
| : | Case Number: 1:24cv742 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Thomas C. "Carter" Neal, et al., : | |
| : | |
| : | |
| Defendants. : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

… that Plaintiff's Motion to Remand (doc.# 9) is **GRANTED**.  The Clerk of Court is directed to remand this case to Clermont County, Ohio Common Pleas Court.

4/1/2025                                                                                       RICH NAGEL, CLERK


                                                                                         S/William Miller
                                                                                         Deputy Clerk