UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Total Quality Logistics,

        Plaintiff,

   vs.                      OUR CIVIL NUMBER: 1:24cv742
                           Your Case Number: 2024CVH1774

Thomas C. Neal, et al.,.

        Defendant.

## **NOTICE**

TO THE CLERK OF: Clermont County Court of Common Pleas

Effective April 1, 2025, this case is hereby **REMANDED** to your Court for further proceedings.

A certified copy of the order of remand is enclosed for your records.

RICHARD W. NAGEL, CLERK

By: S/William A. Miller
     Deputy Clerk

Dated: 4/1/2025